**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CHARLES RANDALL HARRISON,**
     **Petitioner,**

**vs.**                       **CASE NO.: 3:10cv451/RV/MD**

**UNITED STATES OF AMERICA,**
     **Respondent.**
_____/

**O R D E R**

     **This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 12, 2010. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.**

     **Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.**

     **Accordingly, it is now ORDERED as follows:**

     **1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

     **2.    The petition for writ of habeas corpus under § 2241 (doc. 1) is summarily denied.**

     **DONE AND ORDERED this 9th day of December, 2010.**

                                  */s/ Roger Vinson*_____
                                  **ROGER VINSON**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**